# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0784
_____

GLEN SCHOOLEY,

Appellant,

v.

WELLS FARGO BANK, N.A. as
Trustee for Option One
Mortgage Loan Trust 2007-
FXD2, LINDA FLOWERS and
SHARON CASON,

Appellees.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

January 26, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Glen Schooley, pro se, Appellant.

Kimberly George of Deluca Law Group, PLLC, Fort Lauderdale, for Appellee Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD2; Thomas L. Lutz of Goodwin Law Group, P.A., Shalimar, for Appellee Linda Flowers; Sharon Cason, pro se, Appellee.